| | | |
|---|---|---|
| 1 | Rosemary M. Rivas, 209147 | (646) 565-3568 |
| 2 | LEVI & KORSINSKY LLP | |
| | 30 BROAD STREET, 24th FLOOR | |
| 3 | NEW YORK, NY 10004 | |
| 4 | Representing: Plaintiff | File No. LuLaRoe |

United States District Court, Northern District of California

Northern District of California - District - San Francisco

| | |
|---|---|
| Julie Dean, et al. | Case No. 17-cv-01579-JCS |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Complaint, Civil Case Cover Sheet, Summons, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge, Standing Orders for Magistrate Judge Joseph C. Spero |
| LuLaRoe, LLC, et al. | |
| Defendant/Respondent | |
| | Service on: |
| | Deanne Brady |
| | |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

OL#10965232

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Rosemary M. Rivas, 209147<br>LEVI & KORSINSKY LLP<br>30 BROAD STREET , 24th FLOOR<br>NEW YORK, NY 10004<br>ATTORNEY FOR (Name): Plaintiff | (646) 565-3568<br><br>Ref. No. or File No.<br>LuLaRoe | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Julie Dean, et al.

DEFENDANT:
LuLaRoe, LLC, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>17-cv-01579-JCS |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Case Cover Sheet, Summons, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge, Standing Orders for Magistrate Judge Joseph C. Spero

2. Party Served:    Deanne Brady

3. Person Served:    party in item 2

a. Left with:    Jairo Martinez - Person In Charge Of Office

4. Date & Time of Delivery:    04/05/2017    10:19AM

5. Address, City and State:    1375 Sampson Ave.
Corona , CA 92879

6. Manner of Service:    By leaving the copies with or in the presence of Jairo Martinez , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 61.40

Registered California process server.
County: RIVERSIDE
Registration No.: 349
Matthew Wayne Polan
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/05/2017 at Los Angeles, California.

Signature:    *Matt Polan*

Matthew Wayne Polan
OL#:  10965232

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Rosemary M. Rivas, 209147<br>LEVI & KORSINSKY LLP<br>30 BROAD STREET<br>NEW YORK, NY 10004 | (646) 565-3568 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>LuLaRoe | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Julie Dean, et al.

DEFENDANT:

LuLaRoe, LLC, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>17-cv-01579-JCS |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 04/05/2017, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge, Standing Orders for Magistrate Judge Joseph C. Spero

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Deanne Brady

1375 Sampson Ave.

Corona, CA 92879

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 61.40

Desiree Perez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/05/2017 at Los Angeles, California.

*(signed)* Desiree Perez

OL#:   10965232